UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VALENTINA RODRIGUEZ,                                :
                            Plaintiff,    :
                                    :
          - against -                                :

BRITISH AIRWAYS PLC and CATHAY         :
PACIFIC AIRWAYS LIMITED,
                                    :
                        Defendants.
-------------------------------------------------------------------x

Civil Action No.

17-cv-03691-BMC

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE**, that upon the accompanying Local Civil Rule 56.1 Statement, the Declaration of Anthony Battista, Esq. sworn to October 20, 2017, and Exhibits annexed thereto, and Memorandum of Law, the undersigned will move this Court on a date and time to be determined before the Honorable Brian M. Cogan, for an Order of Summary Judgment pursuant to the Federal Rules of Civil Procedure dismissing the Complaint on the grounds that the admissible evidence shows there are no genuine issues of material fact as a matter of law.

      **PLEASE TAKE FURTHER NOTICE** that opposing papers and affidavits, if any, are to be served on or before November 10, 2017 in accordance with the briefing schedule ordered by the Court.

Dated: New York, New York
October 20, 2017

                           CONDON & FORSYTH LLP

                           By_____
                           Anthony U. Battista, Esq.
                           Abattista@condonlaw.com
                           Jean Cooper Rose
                           jrose@condonlaw.com
                           7 Times Square – 18th Floor
                           New York, New York 10036
                           Telephone: (212) 490-9100
                           Facsimile: (212)370-4453

                           *Attorneys for Defendant*
                           BRITISH AIRWAYS PLC

**TO:**

| | |
|---|---|
| David A. Kapelman, Esq. | Nicholas Magali, Esq. |
| 3 West 35th Street | Clyde & Co US LLP |
| New York, New York 10001 | 405 Lexington Ave. |
| (212) 563-2010 | New York, NY 10174 |
| | (212) 710-3911 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Valentina Rodriguez | Cathay Pacific Airways Limited |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK  )

Heather L. Jackson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Lynbrook, New York. That on the 20th day of October, 2017 deponent served the within **BRITISH AIRWAYS, PLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** upon:

| | |
|---|---|
| David A. Kapelman, Esq.<br>David A. Kapelman, P.C.<br>3 West 35th Street<br>New York, New York 10001<br><br>*Attorneys for Plaintiff*<br>VALENTINA RODRIGUEZ | Nicholas Magali, Esq.<br>Clyde & Co.<br>405 Lexington Avenue<br>New York, New York 10174<br><br>*Attorneys for Plaintiff*<br>CATHAY PACIFIC AIRWAYS LIMITED |

via ECF filing and at the address designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Heather L. Jackson

Sworn to before me this
20th day of October, 2017

_____
Notary Public

LORRAINE A. LINDSAY
Notary Public, State of New York
No. 01LI16185817
Qualified in King County
Commission Expires April 21, 2020