UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VALENTINA RODRIGUEZ,　　　　　　　　　　　Civil Index No.: 1:17-cv-03691-BMC

　　　　　　Plaintiff,

　　-against-

BRITISH AIRWAYS PLC and CATHAY
PACIFIC AIRWAYS LIMITED,

　　　　　　Defendants.

-------------------------------------------------------------X

## CATHAY PACIFIC AIRWAYS LIMITED'S MOTION TO PRECLUDE THE PROFFERED TESTIMONY OF DR. CARL BERKOWITZ

CLYDE & CO US LLP

The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 710-3900
Fax: (212) 710-3950

*Attorneys for Defendant*
CATHAY PACIFIC AIRWAYS LIMITED

## PRELIMINARY STATEMENT

Defendant Cathay Pacific Airways Limited ("Cathay") hereby moves to exclude the proffered opinions and testimony of plaintiff's expert, Dr. Carl Berkowitz, as inadmissible under Federal Rule of Evidence 702 and the standards set forth by the United States Supreme Court in *Daubert v. Merrill Dow. Pharm., Inc.*, 509 U.S. 579, 589, 113 S.Ct. 2786, 125 L.Ed. 469 (1993) and its progeny.

## ARGUMENT

In support of its motion, Cathay adopts and incorporates by reference the arguments set forth in Point IV of the Reply Memorandum of Law in Further Support of British Airways Plc's Motion for Summary Judgment and Preclusion of Plaintiff's Expert Dr. Carl Berkowitz, Docket Entry ("DE") No. 39, pp. 5-10, and the exhibits attached to the Supplemental Declaration of Anthony U. Battista, dated November 17, 2017, DE No. 40, 40-1 through 40-4, as if fully set forth herein and annexed hereto.

Also, specifically with respect to Dr. Berkowitz's reliance on the General Duty Clause of the Occupational Safety and Health Act of 1970 ("OSHA"), the clause requires employers to provide employees with a space of employment free from recognized hazards. The evidence establishes that the plaintiff was not employed by either British Airways or Cathay, and thus that standard does not apply here.

## CONCLUSION

Based upon the foregoing, defendant Cathay Pacific Airways Limited respectfully moves this Court to issue an order excluding the proffered opinions and testimony of plaintiff's expert witness, Dr. Carl Berkowitz, from consideration at summary judgment or trial or, in the alternative, setting the matter for a *Daubert* hearing to determine if Dr. Berkowitz is a reliable expert in this case.

Dated: New York, New York
November 17, 2017

                              CLYDE & CO US LLP

By: _____
       Christopher Carlsen
       Nicholas Magali
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900

*Attorneys for Defendant Cathay Pacific
Airways Limited*